**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 177 WAL 2018

               Respondent :

                             : Petition for Allowance of Appeal from
                             : the Order of the Superior Court
         v. :

                             :

NEHEMIAH ROLLE, JR., :

               Petitioner :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal
is **DENIED**.